Diego J. Aranda Teixeira
AL OTRO LADO, INC.
634 S. Spring St. Suite 908
Los Angeles, CA 90014
Telephone: 253-882-8071
Email: diego@alotrolaodo.org

Pro Bono Attorney for Petitioner
HEVER ALBERTO MENDOZA LINARES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEVER ALBERTO MENDOZA LINARES, AL OTRO LADO<br><br>     Petitioner,<br><br>    v.<br><br>MERRICK GARLAND, United States Attorney General, ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, GREGORY J. ARCHAMBEAULT, San Diego Field Office Director, Immigration and Customs Enforcement; JAMES DOBSON, Otay Mesa Detention Center Officer in Charge, Immigration and Customs Enforcement; CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>     Respondents. | CIVIL CASE NO.: 3:23-cv-01094-TWR-KSC<br><br>**MOTION TO FILE AMENDED COMPLAINT AND PETITION FOR DECLARATORY AND INJUNCTIVE RELIEF AND PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241**<br><br>**UNDER FEDERAL RULE OF CIVIL PROCEDURE 15(a)(1)** |

Petitioner Plaintiff Hever Alberto Mendoza Linares ("Mr. Mendoza") previously brought this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Declaratory Judgment Act,  28 U.S.C. §§ 2201 and 2202, seeking injunctive and other appropriate relief to compel the United States Immigration and Customs Enforcement ("ICE") to act on his FOIA request. Petitioner now amends his complaint to add a petition for habeas corpus relief. His Amended Petition and Complaint is filed contemporaneously, together with exhibits.

Dated: July 14, 2023                                      Respectfully Submitted,


Diego J. Aranda Teixeira